# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE HYMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:14-CV-485-SPM |
| | ) | |
| SGT. WARREN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is a summons that was returned "unexecuted" by the United States Marshals Service as to defendant Officer Strickland [Doc. #12].  Pursuant to a previous Order of this Court [Doc. #7], the Clerk of Court was instructed to issue process or cause process to be issued on the amended complaint as to this defendant.  Plaintiff had alleged that Strickland was an employee of the St. Charles County Detention Center, and thus, the Marshals Service attempted to serve him at that location.  The returned summons, however, bears a notation: "Quit over 1 year ago, does not work at SCCD anymore, no information available."

On July 3, 2014, the Clerk of Court sent plaintiff a letter, asking plaintiff to provide the Court with the proper name and address for Officer Strickland.  To date, the Court has not received a response from plaintiff.

1

As plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf, provided that plaintiff has given the Court the proper service information with respect to each defendant. As such, plaintiff will be instructed to provide the Court with the full name and current address of Officer Strickland on or before August 22, 2014, so that service may be effected, as more fully set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before August 22, 2014**, plaintiff shall provide the Court with the full name and address of defendant Officer Strickland, so that service may be effected.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action as to Officer Strickland, without prejudice and without further notice to plaintiff.

Dated this   22nd   day of   July, 2014.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE