Rev 05/2010

**United States District Court for the Eastern District of Missouri Non-Appropriated Fund**

**REQUEST FOR COMPENSATION OF SERVICES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

Assigned Judge: Shirley P. Mensah   Case Number: 4:14-CV-485SPM
Case Title: Hynes v. Warren et al
Name of Party Represented: Bruce Hynes   Date appointed: 4/17/15
Request for (check one): ☐ Interim Payment   ☒ Final Payment
Check box if previous payments have been made in this case: ☐   Amount previously paid: $
Judgment Entered? ☒ Yes  ☐ No   If yes, Date of Judgment: 1/19/16
If applicable, date of order granting leave to withdraw: N/A   Has a fee award been made to you in this case? NO

Attorney's Name: Andrew L. Smith   Make check payable to: ☒ Attorney  ☐ Firm
Firm or Business Name: same
Street Address: 715 W. Rosehill, Kirkwood, MO 63122
City/State/Zip: Kirkwood, MO 63122   Phone: (314) 822-2735

**Claim for Services**

| In Court: | Hours Claimed | Total Amount Claimed |
|---|---|---|
| Conferences | | |
| Hearings | | |
| Trial | | |
| Other (specify on additional worksheet) | | |
| (RATE PER HOUR = $   )  IN COURT TOTALS: | | |
| Out of Court: | | |
| Interviews and Conferences | | |
| Discovery | | |
| Legal Research and Brief Writing | | |
| Travel Time | | |
| (RATE PER HOUR = $   )  OUT OF COURT TOTALS: | | |
| OVERALL TOTALS: | | |

TOTAL COMPENSATION CLAIMED: $

(Note: The maximum compensation for attorney's fees for any one appointment in a civil case is $2,500.)

**Itemized Expenses**

Depositions and Transcripts ........................................... $
Investigative, Expert or Other Services ........................... $
Travel Expenses ............. 327 miles / 3 trips prison ........... $ 188.03
Service of Papers/Witness Fees ...................................... $
Interpreter Services ........................................................ $
Photographs, Photocopies, Telephone Toll Calls, Telegrams ... 768 copies files + docs .......... $ 76.80
Other (Please attach description) ................................ + cases .......... $ 15.24

postage 15.24

TOTAL EXPENSES CLAIMED: $ 280.07
TOTAL AMOUNT CLAIMED: $ 280.07

I swear to (or affirm) the truth and correctness of the above statements and that the work performed was, in my best judgment, necessary for the adequate preparation of the above-named case. Further, I swear (or affirm) that this request is made in the absence of other sources of prepayment or reimbursement and that if any attorney fees are otherwise recovered, I shall return an equivalent amount to the District Court fund.

Attorney's Signature   Date: 8/12/16

APPROVED FOR PAYMENT:

Assigned Judge's Signature   Date: 8/12/16   Amount Approved: $280.07

If the total of the reimbursement requested for out-of-pocket expenses and that already allowed exceeds $5,000, the approval of a majority of the judges on the Non-Appropriated Fund Committee is required. Reimbursement in excess of $10,000 must be approved by four district judges.

Chairperson Non-Appropriated Fund   Date   Amount Approved $